UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WHITELAW,

        Plaintiff,

Case No. 13-cv-10748

Paul D. Borman
United States District Judge

v.

Charles E. Binder
United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER (1) ADOPTING MAGISTRATE JUDGE CHARLES E. BINDER'S REPORT AND RECOMMENDATION TO GRANT THE COMMISSIONER'S MOTION TO DISMISS, (2) GRANTING THE COMMISSIONER'S MOTION TO DISMISS AND (3) DISMISSING PLAINTIFF'S COMPLAINT

On September 17, 2013, Magistrate Judge Charles E. Binder issued a Report and Recommendation to Grant the Commissioner's Motion to Dismiss. (ECF No. 10, Report and Recommendation). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 10), GRANTS the Commissioner's Motion to Dismiss (ECF No. 9), and DISMISSES Plaintiff's Complaint.

IT IS SO ORDERED.

*[signature]*
Paul D. Borman
United States District Judge

Dated: 10-17-13